UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-21304-ALTMAN/Sanchez

**OSCAR HERRERA**,

*Plaintiff*,

v.

**CROCS RETAIL, LLC**,

*Defendant.*

_____/

## ORDER OF DISMISSAL

The Plaintiff has filed a Notice of Voluntary Dismissal [ECF No. 10] pursuant to Fed. R. Civ. P 41(a)(1)(A)(i). Being fully advised, we hereby **ORDER** that this action is **DISMISSED** *with prejudice*. Each party shall bear its own attorneys' fees and costs. This case shall remain **CLOSED**. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in the Southern District of Florida on June 7, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record